# UNITED STATES BANKRUPTCY COURT

__Northern__ DISTRICT OF __California__

Santa Rosa Division

In Re.   MOGA Transport, Inc.

§
§
§
§

Debtor(s)

Case No.  24-10478

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2024

Petition Date: 09/09/2024

Months Pending: 3

Industry Classification: | 4 | 8 | 4 | 1 |

Reporting Method:          Accrual Basis ◯          Cash Basis ◉

Debtor's Full-Time Employees (current):          44

Debtor's Full-Time Employees (as of date of order for relief):          44

## Supporting  Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Prabhjeet Gill

Signature of Responsible Party

12/30/2024

Date

PRABHJEET GILL

Printed Name of Responsible Party

1 Casa Grande Rd., Petaluma, CA 94954

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021) - Mac

1

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.　Cash balance beginning of month | $24,496 | |
| b.　Total receipts (net of transfers between accounts) | $854,930 | $1,032,423 |
| c.　Total disbursements (net of transfers between accounts) | $844,340 | $1,936,144 |
| d.　Cash balance end of month (a+b-c) | $35,085 | |
| e.　Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.　Total disbursements for quarterly fee calculation (c+e) | $844,340 | $1,936,144 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.　Accounts receivable (total net of allowance) | $800 |
| b.　Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.　Inventory　(Book ◯　Market ◯　Other ◉　(attach explanation)) | $0 |
| d　Total current assets | $35,885 |
| e.　Total assets | $4,787,939 |
| f.　Postpetition payables (excluding taxes) | $0 |
| g.　Postpetition payables past due (excluding taxes) | $0 |
| h.　Postpetition taxes payable | $0 |
| i.　Postpetition taxes past due | $0 |
| j.　Total postpetition debt (f+h) | $0 |
| k.　Prepetition secured debt | $2,681,154 |
| l.　Prepetition priority debt | $0 |
| m.　Prepetition unsecured debt | $0 |
| n.　Total liabilities (debt) (j+k+l+m) | $2,681,154 |
| o.　Ending equity/net worth (e-n) | $2,106,786 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.　Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.　Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.　Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.　Gross income/sales (net of returns and allowances) | $854,930 | |
| b.　Cost of goods sold (inclusive of depreciation, if applicable) | $596,006 | |
| c.　Gross profit (a-b) | $258,924 | |
| d.　Selling expenses | $99,869 | |
| e.　General and administrative expenses | $148,466 | |
| f.　Other expenses | $0 | |
| g.　Depreciation and/or amortization (not included in 4b) | $0 | |
| h.　Interest | $0 | |
| i.　Taxes (local, state, and federal) | $0 | |
| j.　Reorganization items | $0 | |
| k.　Profit (loss) | $10,589 | $10,589 |

UST Form 11-MOR (12/01/2021) - Mac
2

## Part 5:  Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $45,000 | $45,000 |
|  | *Itemized Breakdown by Firm* | | | | | |
|  | Firm Name | Role | | | | |
|  | i | FARSAD LAW OFFICE, P.C. | Lead Counsel | $0 | $0 | $45,000 | $45,000 |
|  | ii | | | | | | |
|  | iii | | | | | | |
|  | iv | | | | | | |
|  | v | | | | | | |
|  | vi | | | | | | |
|  | vii | | | | | | |
|  | viii | | | | | | |
|  | ix | | | | | | |
|  | x | | | | | | |
|  | xi | | | | | | |
|  | xii | | | | | | |
|  | xiii | | | | | | |
|  | xiv | | | | | | |
|  | xv | | | | | | |
|  | xvi | | | | | | |
|  | xvii | | | | | | |
|  | xviii | | | | | | |
|  | xix | | | | | | |
|  | xx | | | | | | |
|  | xxi | | | | | | |
|  | xxii | | | | | | |
|  | xxiii | | | | | | |
|  | xxiv | | | | | | |
|  | xxv | | | | | | |
|  | xxvi | | | | | | |
|  | xxvii | | | | | | |
|  | xxviii | | | | | | |
|  | xxix | | | | | | |
|  | xxx | | | | | | |
|  | xxxi | | | | | | |
|  | xxxii | | | | | | |
|  | xxxiii | | | | | | |
|  | xxxiv | | | | | | |
|  | xxxv | | | | | | |
|  | xxxvi | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

UST Form 11-MOR (12/01/2021) - Mac

4

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $0 | | | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | $0 | | | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021) - Mac
7

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◉  No ○  N/A ○ |
| i. | Do you have:          Worker's compensation insurance? | Yes ◉  No ○ |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉  No ○ |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ◉  No ○ |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ◉ |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○  No ◉ |

UST Form 11-MOR (12/01/2021) - Mac

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| /s/ Prabhjeet Gill | PRABHJEET GILL |
| Signature of Responsible Party | Printed Name of Responsible Party |
| VP- HR & Legal | 12/30/2024 |
| Title | Date |



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100



PageThree



PageFour

CASH BASIS

**Moga Transport, Inc.**
**Profit & Loss Statement**
**November 30 2024**

|  | Nov. 2024 |
|---|---|
| **INCOME** | |
| | |
| Revenue from Services | $ 810,464.83 |
| | |
| OTHER INCOME | |
| Insurance Settlements & Reimbursements | 29,797.55 |
| Interest Earned | 0.93 |
| Tax Refunds: | |
|    Agricultural Fuel Tax Credit | |
|    IFTA | |
|    Taxes | |
| Employee Advance Repayment | 250.00 |
| Refund | 14,416.58 |
| Total Other Income | $ 44,465.06 |
| | |
| **TOTAL INCOME** | **$ 854,929.89** |
| | |
| **COST OF GOODS SOLD (COGS)** | |
| Fuel Expenses | $ 212,116.89 |
| Job Materials | |
| Hiring | 911.41 |
| Payroll: | |
|    Payroll Net Pay | 274,061.77 |
|    Payroll Processing | 2,679.41 |
|    Payroll Taxes ER Paid | |
|    Payroll 401K | 5,084.93 |
|    Payroll Garnishments | 250.00 |
|    Payroll Advance | |
| Scale Expenses | 593.02 |
| Tanker Inspections | 3,599.52 |
| Toll Road Charges | 5,425.30 |
| Towing | 3,600.00 |
| Truck & Tanker Wash | 40,211.17 |
| Truck Lease & Rent | 1,884.22 |
| Truck Parking | 1,950.00 |
| Vehicle Repairs and Parts | 43,638.34 |
| **TOTAL COGS** | **$ 596,005.98** |
| | |
| **GROSS PROFIT** | **$ 258,923.91** |
| | |
| **EXPENSES** | |
|    Advertising | - |
|    DMV Fees | 193.00 |

| | |
|---|---|
| Bank Charges & Fees | - |
| Cell Phone | 1,504.60 |
| Commissions & Fees | 2.69 |
| Donations | - |
| Dues & Subscriptions | 119.94 |
| Employee Benefits | 45,429.14 |
| Employee Training | - |
| Freight/Delivery/Postage | 248.85 |
| D.O.T. Drug Testing | - |
| Insurance: | |
|     Commercial Vehicle(s) Insurance | 63,904.86 |
|     Workman's Comp Insurance | 6,414.59 |
| Legal & Professional Fees: | |
|     Professional Fees | 3,437.84 |
|     Licenses | 240.00 |
|     Employee Meals | 211.78 |
| Auto/Equipment Loan Payments | 80,475.80 |
| Office Expenses: | |
|     Janitorial Expense | 1,206.82 |
|     Office Supply Expenses | 2,320.00 |
|     Software Expense | 12,369.10 |
|     Utilities | 2,858.58 |
| Vehicles Yard Maintenance & Repairs | 3,039.99 |
| Vehicles Yard Rent | 5,000.00 |
| SBA EIDL Repayment | 5,000.00 |
| Taxes | 100.00 |
| Ticket & Fines | 508.25 |
| Tires and Repairs | 4,430.15 |
| Travel Expenses: | |
|     Officer Travel | - |
| Other: Repayment of overpayment to Customer | 8,710.00 |
| Uniforms | 608.50 |
| **TOTAL EXPENSES** | **$ 248,334.48** |
| | |
| **NET OPERATING INCOME** | **$ 10,589.43** |

Case: 24-10478   Doc# 38   Filed: 12/31/24   Entered: 12/31/24 10:49:56   Page 14 of 23

**Moga Transport Inc**
**Assets & Liabilities Statement**
**As of Nov 30, 2024**

**ASSETS**

**CURRENT ASSETS:**
  **Bank Accounts:**

| | | |
|---|---|---|
| WFB DIP Checking Acct. 0524 - ending Nov 30, 2024 | | 35,085.48 |
| **Total Bank Accounts** | **$** | **35,085.48** |
| **Other Current Assets:** | | |
| Receivables (from Harwinder Singh $400 & Sukdev Singh $400) | | 800.00 |
| **Total Other Current Assets** | **$** | **800.00** |
| **TOTAL CURRENT ASSETS =** | **$** | **35,885.48** |

**FIXED ASSETS:**
  Machinery & Equipment

| | | |
|---|---|---|
| Office Furnitures & Fixtures | $ | 41,100.00 |
| Vehicles/Equipment (Freightliners, Trucks, Trailers, Tankers, etc.) - *Est. FMV from* | $ | 4,610.00 |
| *A) With current loans (See  detailed list  of Vehicles & Equipment, including VIN* | | |
| Unit # 550 - 2020 Volvo Sleeper, VNR64T400 | $ | 33,750.00 |
| Unit # 551 - 2020 Volvo Sleeper, VNR64T401 | | 33,150.00 |
| Unit # 552 - 2020 Volvo Sleeper, VNR64T402 | | 33,450.00 |
| Unit # 559 - 2020 Volvo Sleeper, VNR64T400 | | 33,150.00 |
| Unit # 560 - 2020 Volvo Sleeper, VNR64T402 | | 33,450.00 |
| Unit # 570 - 2021 Volvo Sleeper, VNL | | 43,650.00 |
| Unit # 571 - 2021 Volvo Sleeper, VNL | | 43,050.00 |
| Unit # 572 - 2021 Volvo Sleeper, VNL | | 43,650.00 |
| Unit # 573 - 2021 Volvo Sleeper, VNL | | 44,250.00 |
| Unit # 574 - 2021 Volvo Sleeper, VNL | | 45,000.00 |
| Unit # 575 - 2021 Volvo Sleeper, VNL | | 45,000.00 |
| Unit # 577 - 2021 Freight CASCADIA, Freightliner Sleeper | | 41,940.00 |
| Unit # 579 - 2020 Freight CASCADIA, Freightliner Sleeper | | 35,940.00 |
| Unit # 580 - 2020 Freight CASCADIA, Freightliner Sleeper | | 37,650.00 |
| Unit # 581 - 2022 VOLVO VNR, Sleeper | | 45,000.00 |
| Unit # 582 -  2022 VOLVO VNR, Day Cab | | 45,450.00 |
| Unit # 583 - 2022 VOLVO VNR, Day Cab | | 45,150.00 |
| Unit # 584 - 2021 Freight CASCADIA, Freightliner Day Cab | | 45,000.00 |
| Unit # 585 - 2022 Volvo  Sleeper, VNR | | 45,300.00 |
| Unit # 586 - 2022 Mach, Day Cab | | 39,000.00 |
| Unit # 587 - 2022 Mach, Day Cab | | 42,150.00 |
| Unit # 588 - 2022 Mach, Day Cab | | 39,450.00 |
| Unit # 589 - 2022 Mach, Day Cab | | 41,940.00 |
| Unit # 590 - 2023 Freight CASCADIA, Freightliner Sleeper | | 51,000.00 |
| Unit # 591 - 2022 Freight CASCADIA, Tractor PT126SLP | | 49,500.00 |
| Unit # 592 - 2022 Freight CASCADIA, Freightliner Sleeper | | 50,250.00 |
| Unit # 593 - 2023 Freight CASCADIA, Freightliner Sleeper | | 51,000.00 |
| Unit # 594 - 2023 Freight CASCADIA, Freightliner Sleeper | | 51,750.00 |
| Unit # 595 - 2024 Freight CASCADIA, Freightliner Sleeper | | 57,000.00 |
| Unit # 596 - 2024 Freight CASCADIA, Freightliner Sleeper | | 57,000.00 |
| Unit # 597 - 2024 Freight CASCADIA, Freightliner Sleeper | | 57,000.00 |
| Unit # 598 - 2024 Freight CASCADIA, Freightliner Sleeper | | 57,000.00 |
| Unit # 599 - 2024 Freight CASCADIA, Freightliner Sleeper | | 63,000.00 |
| Unit # MT287 - 2022 Walker Trailer, Stainless Milk Tank | | 40,800.00 |
| Unit # MT288 - 2022 Walker Trailer, Stainless Milk Tank | | 40,800.00 |
| Unit # MT289 - 2022 Walker Trailer, Stainless Milk Tank | | 40,800.00 |
| Unit # MT290 - 2022 Walker Trailer, Stainless Milk Tank | | 40,800.00 |
| Unit # MT291 - 2021 West Mark Trailer, Stainless Milk Tank | | 48,000.00 |
| Unit # MT292 - 2021 West Mark Trailer, Stainless Milk Tank | | 48,000.00 |
| Unit # MT293 - 2021 West Mark Trailer, Stainless Milk Tank | | 48,000.00 |
| Unit # MT294 - 2021 West Mark Trailer, Stainless Milk Tank | | 48,000.00 |
| Unit # MT295 - 2021 West Mark Trailer, Stainless Milk Tank | | 48,000.00 |
| Unit # MT296 - 2021 West Mark Trailer, Stainless Milk Tank | | 48,000.00 |
| Unit # MT297 - 2021 West Mark Trailer, Stainless Milk Tank | | 40,800.00 |
| Unit # MT298 - 2022 West Mark Trailer, Stainless Milk Tank | | 40,800.00 |
| Unit # MT299 - 2022 West Mark Trailer, Stainless Milk Tank | | 40,800.00 |

| | |
|---|---|
| Unit # MT300 - 2022 West Mark Trailer, Stainless Milk Tank | 40,800.00 |
| Unit # MT301 - 2022 West Mark Trailer, Stainless Milk Tank | 40,800.00 |
| Unit # MT302 - 2022 West Mark Trailer, Stainless Milk Tank | 40,800.00 |
| Unit # MT303 - 2022 West Mark Trailer, Stainless Milk Tank | 40,800.00 |
| Unit # MT304 - 2022 West Mark Trailer, Stainless Milk Tank | 40,800.00 |
| Unit # MT305 - 2022 West Mark Trailer, Stainless Milk Tank | 40,800.00 |
| Unit # MT306 - 2022 West Mark Trailer, Stainless Milk Tank | 40,800.00 |
| Unit # MT307 - 2022 West Mark Trailer, Stainless Milk Tank | 40,800.00 |
| GMC 2024 Sierra 2500 HD Crew Cab *(KBB Private Party Value 9/01/2024)* | 86,931.00 |
| RAM 2019 1500 Crew Cab Pickup *(KBB Private Party Value 9/01/2024)* | 24,378.00 |
| Sub-Total (w/ Current Loans)= | **$    2,491,329.00** |

*B) Without loans (See  underlined detailed list  of Vehicles & Equipment, including VIN and*

| | |
|---|---|
| Unit # 510 - 2013 Volvo  Sleeper, VNR64T400 | $10,520.00 |
| Unit # 511 - 2013 Volvo  Sleeper, VNR64T400 | 10,520.00 |
| Unit # 513 - 2014 Volvo  Sleeper, VNR64T400 | 11,460.00 |
| Unit # 514 - 2014 Volvo  Sleeper, VNR64T400 | 11,460.00 |
| Unit # 515 - 2014 Volvo  Sleeper, VNR64T400 | 11,460.00 |
| Unit # 516 - 2014 Volvo  Day Cab, VNR64T401 | 11,460.00 |
| Unit # 518 - 2015 Volvo  Sleeper, VNR64T403 | 12,600.00 |
| Unit # 519 - 2019 Volvo  Sleeper, VNR64T400 | 21,750.00 |
| Unit # 520 - 2019 Volvo  Sleeper, VNR64T400 | 21,150.00 |
| Unit # 521 - 2019 Volvo  Sleeper, VNR64T400 | 21,150.00 |
| Unit # 522 - 2019 Volvo  Sleeper, VNR64T400 | 21,450.00 |
| Unit # 523 - 2016 Volvo  Sleeper, VNL64T600 | 13,700.00 |
| Unit # 524 - 2016 Volvo  Sleeper, VNL64T600 | 13,700.00 |
| Unit # 525 - 2016 Volvo  Sleeper, VNL64T600 | 13,700.00 |
| Unit # 526 - 2015 Volvo  Sleeper, VNL64T600 | 14,000.00 |
| Unit # 527 - 2015 Volvo  Sleeper, VNR64T400 | 13,100.00 |
| Unit # 528- 2019 Volvo  Day Cab, VNR64T400 | 21,750.00 |
| Unit # 529- 2019 Volvo  Day Cab, VNR64T400 | 22,650.00 |
| Unit # 530 -2019 Volvo  Sleeper, VNR64T600 | 21,750.00 |
| Unit # 532 - 2016 Volvo  Sleeper, VNR64T600 | 13,500.00 |
| Unit # 533 - 2016 Volvo  Sleeper, VNL64T600 | 13,500.00 |
| Unit # 534 - 2016 Volvo  Sleeper, VNL64T600 | 13,700.00 |
| Unit # 535 - 2017 Kenworth Day Cab, KW T680 | 20,850.00 |
| Unit # 536 - 2011 CASCADIA 125, Feightliner Day Cab | 12,000.00 |
| Unit # 548 - 2020 Volvo Sleeper, VNL64T600 | 31,350.00 |
| Unit # 553 - 2020 Volvo Sleeper, VNR64T400 | 33,150.00 |
| Unit # 554 - 2020 Volvo Sleeper, VNR64T400 | 33,750.00 |
| Unit # 555 - 2018 Volvo  Day Cab, VNL64T300 | 28,200.00 |
| Unit # 556 - 2019 Volvo  Day Cab, VNL64T300 | 29,400.00 |
| Unit # 557 - 2020 Volvo Sleeper, VNR64T400 | 33,150.00 |
| Unit # 558 - 2020 Volvo Sleeper, VNR64T400 | 33,150.00 |
| Unit # 561 - 2017 Freight CASCADIA | 15,000.00 |
| Unit # 562 - 2018 Freight CASCADIA | 14,850.00 |
| Unit # 563 - 2018 Freight CASCADIA | 14,850.00 |
| Unit # 564 - 2018 Freight CASCADIA | 15,300.00 |
| Unit # 565 - 2018 Freight CASCADIA | 15,300.00 |
| Unit # 566 - 2018 Freight CASCADIA | 15,000.00 |
| Unit # 567 - 2018 Freight CASCADIA | 15,150.00 |
| Unit # 568 - 2018 Freight CASCADIA | 16,050.00 |
| Unit # 569 - 2018 Freight CASCADIA | 15,150.00 |
| Unit # MT111 - 2009 Walker Trailer, Stainless Milk Tank | 26,400.00 |
| Unit # MT112 - 2008 West Mark Trailer, Stainless Milk Tank | 26,400.00 |
| Unit # MT113 - 2010 Walker Trailer, Stainless Milk Tank | 28,800.00 |
| Unit # MT114 - 2008 West Mark Trailer, Stainless Milk Tank | 26,400.00 |
| Unit # MT115 - 2009 Walker Trailer, Stainless Milk Tank | 26,400.00 |
| Unit # MT116 - 2010 Walker/Pump Trailer, Stainless Milk Tank | 26,400.00 |
| Unit # MT117 - 2010 Walker Trailer, Stainless Milk Tank | 26,400.00 |
| Unit # MT118 - 2015 Walker/Pump Trailer, Stainless Milk Tank | 31,200.00 |
| Unit # MT119 - 2015 Walker/Pump Trailer, Stainless Milk Tank | 31,200.00 |
| Unit # MT120 - 2014 Walker/Pump Trailer, Stainless Milk Tank | 31,200.00 |
| Unit # MT121 - 2014 Walker/Pump Trailer, Stainless Milk Tank | 31,200.00 |
| Unit # MT122 - 2009 Walker/Pump Trailer, Stainless Milk Tank | 26,400.00 |
| Unit # MT123 - 2007 Walker/Pump Trailer, Stainless Milk Tank | 26,400.00 |
| Unit # MT124 - 2009 Walker/Pump Trailer, Stainless Milk Tank | 26,400.00 |
| Unit # MT125 - 2010 Walker/Pump Trailer, Stainless Milk Tank | 26,400.00 |
| Unit # MT127 - 2008 West Mark Trailer, Stainless Milk Tank | 24,000.00 |

| | |
|---|---|
| Unit # MT128 - 2009 Walker Trailer, Stainless Milk Tank | 26,400.00 |
| Unit # MT129 - 2009 Walker Trailer, Stainless Milk Tank | 26,400.00 |
| Unit # MT131- 2010 Walker/Pump Trailer, Stainless Milk Tank | 26,400.00 |
| Unit # MT251 - 2005 POLAR Trailer, Stainless Milk Tank | 14,400.00 |
| Unit # MT252 - 2004 POLAR Trailer, Stainless Milk Tank | 14,400.00 |
| Unit # MT253 - 2010 Walker Trailer, Stainless Milk Tank | 24,000.00 |
| Unit # MT254 - 2008 West Mark Trailer, Stainless Milk Tank | 21,600.00 |
| Unit # MT255 - 2009 Walker Trailer, Stainless Milk Tank | 21,600.00 |
| Unit # MT256 - 2004 POLAR Trailer, Stainless Milk Tank | 14,400.00 |
| Unit # MT257 - 2004 POLAR Trailer, Stainless Milk Tank | 14,400.00 |
| Unit # MT258 - 2018 West Mark Trailer, Stainless Milk Tank | 36,000.00 |
| Unit # MT259 - 2011 West Mark Trailer, Stainless Milk Tank | 26,400.00 |
| Unit # MT260 - 2011 West Mark Trailer, Stainless Milk Tank | 26,400.00 |
| Unit # MT261 - 2011 West Mark Trailer, Stainless Milk Tank | 26,400.00 |
| Unit # MT262 - 2011 West Mark Trailer, Stainless Milk Tank | 26,400.00 |
| Unit # MT264 - 2018 West Mark Trailer, Stainless Milk Tank | 31,200.00 |
| Unit # MT265 - 2008 West Mark Trailer, Stainless Milk Tank | 19,200.00 |
| Unit # MT266 - 2019 West Mark Trailer, Stainless Milk Tank | 31,200.00 |
| Unit # MT267 - 2011 West Mark Trailer, Stainless Milk Tank | 31,200.00 |
| Unit # MT268 - 1980 West Mark Trailer, Stainless Milk Tank | 14,400.00 |
| Unit # MT269 - 2019 West Mark Trailer, Stainless Milk Tank | 31,200.00 |
| Unit # MT270 - 2019 West Mark Trailer, Stainless Milk Tank | 31,200.00 |
| Unit # MT271 - 2020 Walker Trailer, Stainless Milk Tank | 33,600.00 |
| Unit # MT272 - 2020 Walker Trailer, Stainless Milk Tank | 33,600.00 |
| Unit # MT273 - 2019 West Mark Trailer, Stainless Milk Tank | 31,200.00 |
| Unit # MT274 - 2019 West Mark Trailer, Stainless Milk Tank | 31,200.00 |
| Unit # MT275 - 2019 West Mark Trailer, Stainless Milk Tank | 31,200.00 |
| Unit # MT276 - 2019 West Mark Trailer, Stainless Milk Tank | 31,200.00 |
| Unit # MT277 - 2002 West Mark Trailer, Stainless Milk Tank | 16,800.00 |
| Unit # MT278 - 2003 West Mark Trailer, Stainless Milk Tank | 16,800.00 |
| Unit # MT279 - 2002 West Mark Trailer, Stainless Milk Tank | 14,400.00 |
| Unit # MT280 - 2003 West Mark Trailer, Stainless Milk Tank | 16,800.00 |
| Unit # MT281 - 2002 West Mark Trailer, Stainless Milk Tan3 | 16,800.00 |
| Unit # MT282 - 2005 West Mark Trailer, Stainless Milk Tank | 19,200.00 |
| Unit # MT283 - 2005 West Mark Trailer, Stainless Milk Tank | 19,200.00 |
| Unit # MT284 - 2004 West Mark Trailer, Stainless Milk Tank | 19,200.00 |
| Unit # MT285 - 2012 West Mark Trailer, Stainless Milk Tank | 26,400.00 |
| Unit # MT286 - 2021 Walker Trailer, Stainless Milk Tank | 36,000.00 |
| Unit # MT3001 - 2007 West Mark Trailer, Stainless Milk Tank | 16,800.00 |
| Unit # MT3002 - 2009 West Mark Trailer, Stainless Milk Tank | 21,600.00 |
| Unit # MT3003 - 2008 West Mark Trailer, Stainless Milk Tank | 19,200.00 |
| 2001 GREAT DANE  Dry Van (Box Trailer) | 14,400.00 |
| 2002 HYUNDAI Dry Van (Box Trailer) | 14,400.00 |
| 2008 Cardinal Forest River 30SB (Mobile Home) | 9,000.00 |
| 1998 NUWA HitchHiker 5th Wheel (Mobile Home) | 6,500.00 |
| 2017 Ford F150 Pickup *(KBB Private Party Value 9/05/2024)* | 11,035.00 |

| | | |
|---|---|---|
| *Sub-Total (w/out Loans)=* | $ | 2,215,015.00 |
| **Total Vehicles & Equipment** | $ | **4,706,344.00** |
| **TOTAL FIXED ASSETS =** | $ | **4,752,054.00** |
| **TOTAL ASSETS** | $ | **4,787,939.48** |

**LIABILITIES**

**CURRENT LIABILITIES:**

| | | |
|---|---|---|
| **Accounts Payable** | | |
| Accounts Payable | $ | 0.00 |
| **Total Accounts Payable** | $ | **0.00** |
| **Credit Cards** | | |
| Amex Credit Card Acct. # 31008 | | 0.00 |
| CHASE "Ink" Credit Card Acct # 0637: | | 0.00 |
| CC # 9317 (Dave) | | 0.00 |
| CC # 0637 (Happy) | | 0.00 |
| CC# 8038 (Pet Office) | | 0.00 |
| CC# 8926 (Sergio) | | 0.00 |
| **Total Credit Cards** | $ | **0.00** |
| **TOTAL CURRENT LIABILTIES =** | $ | **0.00** |

**LONG-TERM LIABILITIES:**

| | | |
|---|---|---:|
| SBA EIDL | $ | 753,794.29 |
| VEHICLE(s)/EQUIPMENT LOANS: | | |
| Ally/ACI (2019 Ram 1500 Crew Cab Pick Up) | $ | 18,870.00 |
| Safe 1 Credit Union (2024 GMC Sierra 2500 HD Crew Cab) | $ | 95,137.65 |
| Sumitomo Mitsui Finance & Leasing  (Unit # 584) | $ | 25,768.09 |
| TCF National Bank (Unit #s 579 & 580) | $ | 86,631.20 |
| DAIMLER Truck Financial LOANS: | | |
| Unit #s 592 593 | $ | 142,259.87 |
| Unit #s 594-598 | | 373,941.40 |
| Unit # 599 | | 123,597.48 |
| Total DAIMLER Truck Financial LOANS = | $ | 639,798.75 |
| NORTHLAND CAPITAL FINANCIAL SERVICES LOANS: | | |
| Unit #s MT287-MT290 | $ | 35,230.02 |
| Unit #s MT292-MT295 | | 129,997.25 |
| Unit # MT296 | | 33,785.49 |
| Unit #s MT297-MT300 | | 120,715.16 |
| Total NORTHLAND CAPITAL FINANCIAL SERVICES LOANS = | $ | 319,727.92 |
| TBK Bank LOANS: | | |
| Unit #s 550-552 | $ | 25,112.86 |
| Unit #s 573-575 | | 39,750.80 |
| Unit # 577 | | 0.00 |
| Unit # MT291 | | 10,565.63 |
| Total TBK Bank LOANS = | $ | 75,429.29 |
| Volvo Financial Services (VSF USA) Loans | | |
| Unit #s 559-560 | $ | 0.00 |
| Unit #s 570-572 | | 0.00 |
| Unit #s 581-583 | | 39,188.12 |
| Unit # 585 | | 23,225.75 |
| Unit # 586 | | 38,993.03 |
| Unit #s 587-588 | | 81,864.11 |
| Unit # 589 | | 38,295.48 |
| Total Volvo Financial Services Loans = | $ | 221,566.49 |
| Wells Fargo Equipment Finance, Inc. Loan | | |
| Unit # 590 | $ | 86,868.23 |
| Unit # 591 | | 67,220.46 |
| Unit #s MT301 MT302 | | 70,625.86 |
| Unit #s MT303-306 | | 171,418.94 |
| Unit # MT307 | | 48,296.60 |
| Total Wells Fargo Equip Fin. Inc. Loan = | $ | 444,430.09 |
| **Total VEHICLE(s)/EQUIPMENT LOANS =** | **$** | **1,927,359.48** |
| | | |
| **TOTAL LONG-TERM LIABILITIES =** | **$** | **2,681,153.77** |
| | | |
| **TOTAL LIABILITIES** | **$** | **2,681,153.77** |
| | | |
| **NETWORTH** | **$** | **2,106,785.71** |

| | | **CASH RECEIPTS** | |
|---|---|---|---|
| | | **Nov 1 to 30, 2024** | |
| | | | |
| | | | |
| | | | |
| **Wells Fargo DIP Account 0524** | | | |
| **Date** | **Deposit/Credit** | **Description** | **Type** |
| 11/01/2024 | 84,522.50 | Organic Valley | Customer Income |
| 11/01/2024 | 83,834.87 | Organic Valley | Customer Income |
| 11/01/2024 | 61,795.14 | Clover | Customer Income |
| 11/01/2024 | 5,600.00 | DFA | Customer Income |
| 11/01/2024 | 4,515.50 | CALM | Customer Income |
| 11/01/2024 | 3,000.00 | DFA | Customer Income |
| 11/01/2024 | 2,891.00 | Ryan Transportation | Customer Income |
| 11/01/2024 | 1,100.00 | Capital Group | Customer Income |
| 11/01/2024 | 9,735.00 | WM Bolthouse | Customer Income |
| 11/01/2024 | 6,200.00 | DFA | Customer Income |
| 11/04/2024 | 29,797.55 | Great West Casualty | Insurance |
| 11/04/2024 | 19,752.50 | CLOFINE | Customer Income |
| 11/04/2024 | 631.84 | Endurance Americas | Customer Income |
| 11/05/2024 | 91,006.01 | Organic Valley | Customer Income |
| 11/05/2024 | 42,841.05 | Clover | Customer Income |
| 11/05/2024 | 3,650.00 | Axle Logistics | Customer Income |
| 11/05/2024 | 28,783.00 | Caseus | Customer Income |
| 11/06/2024 | 8,153.50 | DJL | Customer Income |
| 11/07/2024 | 250.00 | Arlene Pearson Advance repayment | Advance Repayment |
| 11/07/2024 | 1,742.50 | Hagen Logistics | Customer Income |
| 11/8/2024 | 1,842.00 | WM Bolthouse | Customer Income |
| 11/13/2024 | 68,464.55 | Clover | Customer Income |
| 11/13/2024 | 1,790.00 | Farwest | Customer Income |
| 11/14/2024 | 7,212.50 | DFA | Customer Income |
| 11/14/2024 | 3,907.50 | Hagen Logistics | Customer Income |
| 11/14/2024 | 2,755.00 | Chicago Dairy | Customer Income |
| 11/15/2024 | 76,210.79 | Organic Valley | Customer Income |
| 11/15/2024 | 13,831.50 | WM Bolthouse | Customer Income |
| 11/18/2024 | 25,254.50 | Caseus | Customer Income |
| 11/18/2024 | 17,375.00 | DJL | Customer Income |
| 11/20/2024 | 6,416.58 | Flyers | Refund Fuel Overcharge |
| 11/20/2024 | 2,085.00 | Farwest | Customer Income |
| 11/21/2024 | 5,624.50 | DFA | Customer Income |
| 11/21/2024 | 5,762.00 | DFA | Customer Income |
| 11/21/2024 | 14,738.00 | CLOFINE | Customer Income |
| 11/21/2024 | 31,900.00 | Sierra Organics | Customer Income |
| 11/21/2024 | 3,056.00 | DFA | Customer Income |
| 11/21/2024 | 3,596.68 | Hagen Logistics | Customer Income |

| Date | | Amount | Description | Type |
|---|---|---|---|---|
| 11/21/2024 | | 2,517.50 | Chicago Dairy | Customer Income |
| 11/25/2024 | | 7,418.00 | WM Bolthouse | Customer Income |
| 11/26/2024 | | 34,904.90 | Clover | Customer Income |
| 11/26/2024 | | 8,000.00 | TEC | Refund of Account Deposit |
| 11/26/2024 | | 1,766.00 | Albertsons | Customer Income |
| 11/26/2024 | | 1,066.00 | Albertsons | Customer Income |
| 11/27/2024 | | 957.50 | Farwest | Customer Income |
| 11/29/2024 | | 0.93 | Interest | Interest |
| 11/29/2024 | | 10,836.50 | DJL | Customer Income |
| 11/29/2024 | | 5,838.50 | WM Bolthouse | Customer Income |
| **#0524 TOTAL** | | **$854,929.89** | | |
| | | | | |
| | | | | |
| | | | **CASH DISBURSEMENTS** | |
| | | | **Nov 1 to 30, 2024** | |
| | | | | |
| **Wells Fargo DIP Account 0524** | | | | |
| Date | Withdrawal/Debit | | Description | Type |
| 11/01/2024 | (240.00) | | City of Santa Rosa | Expenses/Licenses |
| 11/01/2024 | (3,599.52) | | CDFA | COGS/Tanker Inspections |
| 11/01/2024 | (224.70) | | Bearings & Hydraulics | COGS/Vehicle Repair & Parts |
| 11/01/2024 | (2,505.00) | | Advanced Stormwater Protection | Expenses/Vehicles Yard Maintenance & Repairs |
| 11/01/2024 | (6,834.06) | | Flyers Energy, L PAYMENT 241101 202314 Moga Transport | COGS/Fuel |
| 11/01/2024 | (1,789.82) | | BUSINESS TO BUSINESS ACH TBK BANK, SSB ACH 103124 ACH PYMT LN ****8608 | Expenses/Auto/Equipment Loan Payments |
| 11/01/2024 | (1,059.20) | | BUSINESS TO BUSINESS ACH UNITED RENTALS, CORP PMT 4862533 MOGA TRANSPORT INC | COGS/Truck Lease & Rent |
| 11/01/2024 | (825.02) | | BUSINESS TO BUSINESS ACH UNITED RENTALS, CORP PMT 4862878 MOGA TRANSPORT INC | COGS/Truck Lease & Rent |
| 11/04/2024 | (100.00) | | VENMO PAYMENT 241104 1038021262269 PRAB GILL | Expenses/Office Expenses/Janitorial |
| 11/04/2024 | (325.00) | | G&R Tire Service Inc | Expenses/Tires & Repairs |
| 11/04/2024 | (100.00) | | Alejandro Munoz - Fuel Reimbursement | COGS/Fuel |
| 11/04/2024 | (5,000.00) | | BUSINESS TO BUSINESS ACH UNITED GROUP LIN SALE 241102 MOGA TRANSPORT INC | Expenses/Vehicles Yard Rent |
| 11/04/2024 | (1,470.86) | | GM Financial GMF Pymt 241104 00212059855344 MOGA TRANSPORT, INC. | Expenses/Auto/Equipment Loan Payments |
| 11/04/2024 | (8,300.00) | | Clover Sonoma | COGS/Truck & Tanker Wash |
| 11/04/2024 | (119,665.00) | | WT FED#02864 JPMORGAN CHASE BAN /FTR/BNF=Paycheck, Inc SRF# 0001471309431096 | COGS/Payroll |
| 11/04/2024 | (3,600.00) | | All Rigs Towing | COGS/Towing |
| 11/04/2024 | (1,628.63) | | BILL PAY SAFE 1 CREDIT UNION RECURRING xxxxxxxxxx0022 ON 11-04 | Expenses/Auto/Equipment Loan Payments |
| 11/05/2024 | (888.04) | | Yokohama Tire Corp | Expenses/Tires & Repairs |
| 11/05/2024 | (37,247.12) | | BUSINESS TO BUSINESS ACH PILOT TRAVEL CEN PILOTDRAFT 241104 134708 MOGA TRAN | COGS/Fuel |
| 11/05/2024 | (3,869.19) | | BUSINESS TO BUSINESS ACH WELLS FARGO BANK LEASE PMTS 241102 000000016734243 Mo | Expenses/Auto/Equipment Loan Payments |
| 11/05/2024 | (1,929.30) | | BUSINESS TO BUSINESS ACH MULTI SERVICE TE 1353127068 AMJXGYZDOOBY MOGA TRA | COGS/Vehicle Repair & Parts |
| 11/05/2024 | (35.00) | | BUSINESS TO BUSINESS ACH NORTHLAND CAP CUST PMT 241105 C1737G MOGA TRANS | Expenses/Auto/Equipment Loan Payments |
| 11/06/2024 | (3,839.00) | | California Vita Clean | COGS/Truck & Tanker Wash |
| 11/06/2024 | (3,247.50) | | Liquid Freight | Other Expense/Overpayment of Invoice |
| 11/06/2024 | (5,462.50) | | Producers | Other Expense/Overpayment of Invoice |
| 11/06/2024 | (2,171.55) | | BUSINESS TO BUSINESS ACH PAYCHEX EIB INVOICE 241106 X09468300000999 MOGA TRANS | COGS/Payroll/Processing |
| 11/06/2024 | (125.00) | | BUSINESS TO BUSINESS ACH PAYCHEX CGS GARNISH 110624 COL0118025109 MOGA TRANS | COGS/Payroll/Garnishments |

Case: 24-10478   Doc# 38   Filed: 12/31/24   Entered: 12/31/24 10:49:56   Page 20 of 23

| Date | Amount | Description | Category |
|---|---|---|---|
| 11/07/2024 | (487.40) | Six Robbles | COGS/Fuel |
| 11/07/2024 | (8,198.53) | BUSINESS TO BUSINESS ACH INTERSTATE BILL Cust-ACH 3461110524 ACH344788 | COGS/Vehicle Repair & Parts |
| 11/07/2024 | (2,461.95) | BUSINESS TO BUSINESS ACH PAYCHEX-HRS 401(K) 0000046211450 MOGA TRANSPORT INC | COGS/Payroll/401K |
| 11/08/2024 | (175.00) | BUSINESS TO BUSINESS ACH Semiyard INC/Ros 4000000001 zpPd0DU78SrcMQr Moga | COGS/Truck Parking |
| 11/08/2024 | (60,827.38) | BUSINESS TO BUSINESS ACH FIRST INSURANCE INSURANCE 900-102197423 Moga Transport, | Expenses/Insurance/Commercial Vehicle(s) Insuran |
| 11/08/2024 | (6,895.16) | Flyers Energy, L PAYMENT 241108 202314 Moga Transport | COGS/Fuel |
| 11/08/2024 | (197.09) | PGANDE WEB ONLINE NOV 24 09640700102324 MOGA TRANSPORT INC | Expenses/Office Expenses/Utilities |
| 11/12/2024 | (1,749.14) | Metlife | Expenses/Employee Benefits |
| 11/12/2024 | (7,977.28) | BUSINESS TO BUSINESS ACH WELLS FARGO BANK LEASE PMTS 241108 000000016764115 Mo | Expenses/Auto/Equipment Loan Payments |
| 11/12/2024 | (1,558.01) | PGANDE WEB ONLINE NOV 24 09776281102424 MOGA TRANSPORT INC | Expenses/Office Expenses/Utilities |
| 11/12/2024 | (235.00) | INTUIT * QBooks Onl 241109 6401738 MOGA TRANSPORT, INC. ( | Expenses/Office Expense/Software |
| 11/12/2024 | (100.00) | VENMO PAYMENT 241109 1038138288563 PRAB GILL | Expenses/Office Expenses/Janitorial |
| 11/12/2024 | (12,752.62) | **Harwinder Singh $9000.00 Salary 99.99 Utilities 2006.88 Auto Ins 428.91 Cell Phone 201.25 Office Expenses 49.95 Dues & Sub 715.31 Vehicle Repair 250.33 Fuel** | Expenses |
| 11/13/2024 | (508.25) | City of Long Beach | Expenses/Tickets & Fines |
| 11/13/2024 | (34,021.88) | American Express | Expenses/Credit Card |
| 11/13/2024 | (200.00) | Boot Barn | Expenses/Uniforms |
| 11/13/2024 | (467.13) | Milton Lopen Net Pay | COGS/Payroll |
| 11/13/2024 | (42,548.86) | BUSINESS TO BUSINESS ACH PILOT TRAVEL CEN PILOTDRAFT 241112 134708 MOGA TRAN | COGS/Fuel |
| 11/13/2024 | (36,716.96) | CHOICE ADMIN ONLIN PMNT 241112 75246339 Moga Transport Inc | Expenses/Employee Benefits |
| 11/13/2024 | (15,882.50) | BUSINESS TO BUSINESS ACH TANKERWASH USA, SALE 241113 MOGA TRANSPORT | COGS/Truck & Tanker Wash |
| 11/13/2024 | (7,906.18) | BUSINESS TO BUSINESS ACH GREG'S PETROLEUM ACH Collec 56001 Moga Transport | COGS/Fuel |
| 11/13/2024 | (2,124.31) | BUSINESS TO BUSINESS ACH PILOT RECEIVABLE PILOTDRAFT 241112 487826 MOGA TRAN | COGS/Fuel |
| 11/13/2024 | (990.00) | KERN COUNTY MOBI SALE 241113 MOGA TRANSPORT | COGS/Truck & Tanker Wash |
| 11/13/2024 | (720.00) | KERN COUNTY MOBI SALE 241113 MOGA TRANSPORT | COGS/Truck & Tanker Wash |
| 11/13/2024 | (690.00) | KERN COUNTY MOBI SALE 241113 MOGA TRANSPORT | COGS/Truck & Tanker Wash |
| 11/13/2024 | (2,879.51) | BILL PAY Volvo Financial Services RECURRING xxx-xxxxxx0-014 ON 11-13 | Expenses/Auto/Equipment Loan Payments |
| 11/14/2024 | (588.04) | Jose Covarrubias Reimbursement | COGS/Vehicle Repair & Parts |
| 11/14/2024 | (6,414.59) | BUSINESS TO BUSINESS ACH RELIABLE PREMIUM WORK COMP 111324 MOGA TRANSPORT I | Expenses/Insurance/Workman's Comp Insurance |
| 11/14/2024 | (5,697.61) | BUSINESS TO BUSINESS ACH BELL BANK EQUIP AUTH PAYME G-5AB1987049594 Moga . | Expenses/Auto/Equipment Loan Payments |
| 11/14/2024 | (1,424.42) | BUSINESS TO BUSINESS ACH NORTHLAND CAP CUST PMT 241114 C1737G MOGA RANSPORT | Expenses/Auto/Equipment Loan Payments |
| 11/14/2024 | (1,995.00) | Accelerated Truck Repair | COGS/Vehicle Repair & Parts |
| 11/14/2024 | (11,057.83) | **Sukhdev Singh 9000.00 Salary 186.27 Fuel 358.07 Cell Phone 342.89 Office Expense 1070.60 Insurance 100 Repair & Parts** | Expenses |
| 11/15/2024 | (7,994.39) | Flyers Energy, L PAYMENT 241115 202314 Moga Transport | COGS/Fuel |
| 11/15/2024 | (800.00) | Andres Martinez | COGS/Vehicle Repair & Parts |
| 11/18/2024 | (160.00) | VENMO PAYMENT 241118 1038317985401 PRAB GILL | Expenses/Office Expenses/Janitorial |
| 11/18/2024 | (130.00) | VENMO PAYMENT 241118 1038317973173 PRAB GILL | Expenses/Office Expenses/Janitorial |
| 11/18/2024 | (10,055.57) | BUSINESS TO BUSINESS ACH TBK BANK, SSB ACH 111524 ACH LN PYMT ****6038 | Expenses/Auto/Equipment Loan Payments |
| 11/18/2024 | (5,000.00) | BUSINESS TO BUSINESS ACH SBA EIDL LOAN PAYMENT 241115 0000 7707267901 | Expenses/EIDL Repayment |
| 11/18/2024 | (3,702.00) | BUSINESS TO BUSINESS ACH WELLS FARGO BANK LEASE PMTS 241115 000000016806726 Mo | Expenses/Auto/Equipment Loan Payments |
| 11/18/2024 | (654.04) | G&R Tire Service Inc | Expenses/Tires & Repairs |
| 11/18/2024 | (3,373.86) | BILL PAY Volvo Financial Services RECURRING xxx-xxxxxx0-013 ON 11-18 | Expenses/Auto/Equipment Loan Payments |
| 11/19/2024 | (4,374.58) | Westmark Service Center | COGS/Vehicle Repair & Parts |
| 11/19/2024 | (1,994.30) | Ochoa Manufacturing | COGS/Vehicle Repair & Parts |

| Date | Amount | Description | Category |
|---|---|---|---|
| 11/19/2024 | (53.71) | Purcell Tire Center | Expenses/Tires & Repairs |
| 11/19/2024 | (69.99) | BUSINESS TO BUSINESS ACH GotSafety LLC 4357080035 241118 Moga Transport | Expenses/Dues & Subscriptions |
| 11/19/2024 | (30,226.39) | BUSINESS TO BUSINESS ACH PILOT TRAVEL CEN PILOTDRAFT 241118 134708 MOGA TRAN | COGS/Fuel |
| 11/19/2024 | (11,598.52) | BUSINESS TO BUSINESS ACH PILOT RECEIVABLE PILOTDRAFT 241118 487826 MOGA TRAN | COGS/Fuel |
| 11/19/2024 | (8,633.04) | BUSINESS TO BUSINESS ACH TBK BANK, SSB ACH 111824 ACH LN PMT ****0791 | Expenses/Auto/Equipment Loan Payments |
| 11/19/2024 | (2,170.69) | BUSINESS TO BUSINESS ACH MULTI SERVICE TE 5289132612 AMJXG43DOOBZ MOGA TRAN | COGS/Vehicle Repair & Parts |
| 11/19/2024 | (400.00) | ZELLE TO ROADLINES KSK ON 11/19 REF #RP0Y8D57PQ NOV | COGS/Truck Parking |
| 11/19/2024 | (1,200.00) | ZELLE TO ANGAD FREIGHTS INC ON 11/19 REF #RP0Y8D56NM NOV | COGS/Truck Parking |
| 11/20/2024 | (175.00) | Western Dairy Transport | COGS/Truck & Tanker Wash |
| 11/20/2024 | (6,416.58) | Flyers Energy, L PAYMENT 241122 202314 Moga Transport | COGS/Fuel |
| 11/20/2024 | (2,748.07) | WESTERN UNION FI TRANSFER 241120 432385336624981 HARWINDER SINGH | Expenses/Professional Fees |
| 11/20/2024 | (238.83) | WESTERN UNION FI TRANSFER 241120 432386902791160 HARWINDER SINGH | Expenses/Professional Fees |
| 11/20/2024 | (238.83) | WESTERN UNION FI TRANSFER 241120 432388908478215 HARWINDER SINGH | Expenses/Professional Fees |
| 11/20/2024 | (203.16) | WESTERN UNION FI TRANSFER 241120 432389147455792 HARWINDER SINGH | Expenses/Professional Fees |
| 11/20/2024 | (153.40) | BUSINESS TO BUSINESS ACH AMAZON BUSINESS INTERNET 241118 043000093685444 14003 | Expenses/Office Expenses/Utilities |
| 11/20/2024 | (43.75) | BUSINESS TO BUSINESS ACH AMAZON BUSINESS INTERNET 241118 043000093643294 14003 | Expenses/Office Expenses/Utilities |
| 11/20/2024 | (21.29) | BUSINESS TO BUSINESS ACH AMAZON BUSINESS INTERNET 241118 043000093684570 14003 | Expenses/Office Expenses/Utilities |
| 11/20/2024 | (500.00) | Vincent Salerno | COGS/Vehicle Repair & Parts |
| 11/21/2024 | (81.69) | Artois Feed | COGS/Scale Expenses |
| 11/21/2024 | (4,356.09) | Metlife | Expenses/Employee Benefits |
| 11/21/2024 | (1,484.80) | Ever Ag | Expenses/Office Expense/Software |
| 11/21/2024 | (785.05) | RECOLOGY SONOMA WEB_PAY NOV 24 01935177110424 MOGA TRANSPORT | Expenses/Office Expenses/Utilities |
| 11/21/2024 | (125.00) | BUSINESS TO BUSINESS ACH PAYCHEX CGS GARNISH 112124 COL0118241398 MOGA TRAN | COGS/Payroll/Garnishments |
| 11/21/2024 | (126,929.64) | WT FED#02864 JPMORGAN CHASE BAN /FTR/BNF=Paycheck, Inc SRF# 0001471309431096 | COGS/Payroll |
| 11/21/2024 | (5,289.97) | BILL PAY Umpaqua 40464061 RECURRING xxxx4061 ON 11-21 | Expenses/Auto/Equipment Loan Payments |
| 11/22/2024 | (2,303.28) | Jerry & Keiths | COGS/Vehicle Repair & Parts |
| 11/22/2024 | (6,416.58) | Flyers Energy, L PAYMENT 241122 202314 Moga Transport | COGS/Fuel |
| 11/22/2024 | (2,622.98) | BUSINESS TO BUSINESS ACH PAYCHEX-HRS 401(K) 0000046355086 MOGA TRANSPORT INC | COGS/Payroll/401K |
| 11/22/2024 | (2,606.95) | METKC INSPREMIUM KM053892510001 MOGA TRANSPORT INC | Expenses/Employee Benefits |
| 11/22/2024 | (507.86) | BUSINESS TO BUSINESS ACH PAYCHEX EIB INVOICE 241122 X09656600021210 MOGA TRA | COGS/Payroll/Processing |
| 11/22/2024 | (81.40) | DS WATERS OF AME MSInvoice 241121 21981121 Moga Transport Inc | Expenses/Office Expense |
| 11/22/2024 | (511.33) | Demetrio Moreno Reimbursement | COGS/Scale Expenses |
| 11/22/2024 | (3,017.15) | BILL PAY Volvo Financial Services EXP AGENT xxx-xxxxxx0-016 ON 11-22 | Expenses/Auto/Equipment Loan Payments |
| 11/25/2024 | (100.00) | VENMO PAYMENT 241124 1038465878081 PRAB GILL | Expenses/Office Expenses/Janitorial |
| 11/25/2024 | (42.31) | Eraquio Gonzales Parts Reimbursement | COGS/Vehicle Repair & Parts |
| 11/25/2024 | (9,903.73) | BILL PAY Volvo Financial Services RECURRING xxx-xxxxxx0-012 ON 11-25 | Expenses/Auto/Equipment Loan Payments |
| 11/25/2024 | (6,024.72) | BILL PAY Volvo Financial Services RECURRING xxx-xxxxxx0-015 ON 11-25 | Expenses/Auto/Equipment Loan Payments |
| 11/26/2024 | (9,000.00) | Sukhdev Singh Salary | COGS/Payroll |
| 11/26/2024 | (863.33) | Yokohama Tires | Expenses/Tires & Repairs |
| 11/26/2024 | (5,979.38) | K&M Paint Repair | COGS/Vehicle Repair & Parts |
| 11/26/2024 | (28,878.56) | BUSINESS TO BUSINESS ACH PILOT TRAVEL CEN PILOTDRAFT 241125 134708 MOGA TRANS | COGS/Fuel |
| 11/26/2024 | (15,500.27) | BUSINESS TO BUSINESS ACH PILOT RECEIVABLE PILOTDRAFT 241125 487826 MOGA TRANS | COGS/Fuel |
| 11/26/2024 | (1,479.63) | PURCHASE AUTHORIZED ON 11/25 WHOLESALE TIRES AN 209-6681073 CA S58433082356853 | Expenses/Tires & Repairs |
| 11/27/2024 | (3,703.38) | BUSINESS TO BUSINESS ACH WELLS FARGO BANK LEASE PMTS 241126 000000016872303 Mo | Expenses/Auto/Equipment Loan Payments |
| 11/29/2024 | (193.00) | DMV | Expenses/Auto Expenses/DMV Fees |

| | | | |
|---|---|---|---|
| 11/29/2024 | (1,375.00) | Western Dairy | COGS/Truck & Tanker Wash |
| 11/29/2024 | (6,858.79) | BUSINESS TO BUSINESS ACH RELIABLE PREMIUM WORK COMP 112724 MOGA TRANSPORT | COGS/Truck & Tanker Wash |
| 11/29/2024 | (175.00) | BUSINESS TO BUSINESS ACH Semiyard INC/Ros 4000000004 2EzuCzQCpZgqyYX Moga Transp | COGS/Truck Parking |
| 11/29/2024 | (1,284.90) | BLUE BEACON INC PAYMENT 241127 Moga Transport Inc | COGS/Truck & Tanker Wash |
| #0524 TOTAL | (844,340.46) | | |
| | | | |
| | | **SUMMARY:** | |
| | | TOTAL CASH RECEIPTS = | $854,929.89 |
| | | TOTAL CASH DISBURSEMENTS = | (844,340.46) |
| | | **NET =** | **$10,589.43** |